Charles J. Young and Robert G. Becker, trading as Young & Becker Company, appellees, v. H. O. Stone & Company, appellant. Gen. No. 33,480.

Opinion filed October 14, 1929. Rehearing denied October 28, 1929.

Alvin Glen Hubbard, for appellant. Levinson, Becker, Frank & Glenn, for appellees; Arthur C. Bachrach and L. Julian Harris, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.